```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD MEJIA, *Individually, and On Behalf of All Others Similarly Situated*,

                      Plaintiff,

           -v-

PEACH SKIN SHEETS L.L.C.,

                      Defendant.
------------------------------------------------------------------X

22-cv-5372 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Pending before the Court are Defendant's motion for summary judgment, Dkt. No. 19, and Plaintiff's motion for leave to file an amended complaint, Dkt. No. 31. The Court will hear oral argument on both motions during the previously scheduled status conference on Friday, July 7, 2023 at 12:00 p.m. The oral argument will be held in person in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: June 28, 2023
       New York, New York

                                                    LEWIS J. LIMAN
                                             United States District Judge