UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

RICHARD MEJIA, *Individually, and On Behalf of All Others Similarly Situated*,

                Plaintiff,

-v-

PEACH SKIN SHEETS L.L.C.,

                Defendant.

-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/12/2023

22-cv-5372 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED, with the exception of the evidentiary hearing, which is RESCHEDULED to September 20, 2023 at 10:00 a.m. and will proceed unless the parties submit a stipulation of voluntary dismissal within sixty days of the date of this Order.

     SO ORDERED.

Dated: July 12, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge